IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TOMMY THOMAS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-161-MJR |
| | ) |
| **KENNETH G. BARTLEY,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On March 5, 2007, the Court ordered this action transferred to the United States District Court for the Northern District of Illinois. After the action was transferred, Petitioner filed two motions in this District, both of which remain pending. Because the action is closed in this District, these two motions (Docs. 6, 10) are **MOOT**. Any further motions with regard to this case should be filed in the Northern District of Illinois.

**IT IS SO ORDERED.**

**DATED this 22nd day of June, 2007.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN**
> **United States District Judge**